GEORGE S. LINGS, appellant,

*v.*

ETHEL L. URQUHART, individually, &c., respondent.

[Decided October 19th, 1931.]

*Messrs. Melosh, Morten & Melosh,* for the appellant.

*Mr. Edwin G. Adams,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *106 N. J. Eq. 506.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.